## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROSE SANGUTEI, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )  Case No.  15-cv-9936-CM |
| | ) |
| BICKFORD SENIOR LIVING GROUP, LLC, | ) |
| | ) |
|     Defendants. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

**NOW** comes before the Court is the Plaintiff's Dismissal with Prejudice (Doc. 3). Being duly advised in the premises, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the dismissal, the Court hereby **ORDERS** that the above caption case, is hereby dismissed **with prejudice** as to all claims against defendant Bickford Senior Living Group, LLC.

Dated: February 10, 2016.      s/ Carlos Murguia
    Judge Carlos Murguia
    District Court Judge